# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-FLINT

IN RE:  Michael D. Bommer                  CHAPTER 13
                                                                                          CASE NO:  15-30151
                                                                                          **JUDGE DANIEL S. OPPERMAN**

                  Debtor(s)
_____/

## ORDER FOR DEBTOR(S) TO REMIT PAYMENTS TO THE CHAPTER 13 TRUSTEE BY ELECTRONIC BANK TRANSFER

       It appearing that Debtor(s) has(ve) regular income and further appearing that automatic transfers can be established whereby the bank used by the Debtor(s) can transfer funds monthly from that bank account to the Trustee's disbursement account and the Court being advised in the premises and the parties having stipulated to the following:

       **IT IS HEREBY ORDERED** that funding of the plan shall be accomplished by automatic electronic transfers from the bank account designated by Debtor(s) to the Trustee's disbursement account. The amount of $458.00 shall be transferred monthly.

       **IT IS FURTHER ORDERED** that within 10 days of the entry of this Order, the Debtor(s) shall provide to the Trustee's office a copy of a voided check bearing the bank's name, bank's routing number and number of the account used by the Debtor(s).

       **IT IS FURTHER ORDERED** that within 10 days of the entry of this Order, the Debtor(s) shall complete, sign and return to the Chapter 13 Trustee's office the Authorization for Pre-authorized Payments (ACH) authorizing the Chapter 13 Trustee to initiate debits and/or credit entries to the Debtor(s) bank account.

       **IT IS FURTHER ORDERED** that should there be a total of three (3) ACH's are not honored by the Debtor(s) or the bank for any reason, the Chapter 13 trustee, shall have the discretion to remove the Debtor(s) from the ACH program. The Chapter 13 trustee shall have the discretion and authority to serve on the Debtor(s), Debtor(s) employer(s) the following Third Party Payment Order(s) requiring the employer(s) to deduct the actual Chapter 13 plan payment amount, from Debtor(s) wages:

       That Sun Communities Inc. 27777 Franklin Avenue Suite 200 Southfield MI 48034 : Payroll Department shall immediately forward and make payable to: Chapter 13 Trustee – Flint, P.O. Box 2175 Memphis, TN 38101-2175, the sum of  $458.00 Monthly (or the last Court ordered payment amount) of the Debtor's future gross income until the further Order of this Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor's income except for Order for child support, or alimony, current withholding taxes, union dues, and all other insurance premiums.  Debtor's Chapter 13 payment shall not be deducted from an employer's separately issued bonus check.  Should Debtor receive a bonus check please notify the Chapter 13 Trustee at correspondence@flint13.com.

       **IT IS FURTHER ORDERED** that should the Debtor(s) change employer(s) during the pendency of the instant bankruptcy case, then Debtor(s) shall present to the Trustee a Stipulation to Amend the Third Party Withholding Order within 14 days of the change of employment.

.

**Signed on January 27, 2015**

                                                                               **/s/ Daniel S. Opperman**
                                                                                **Daniel S. Opperman**
                                                                                **United States Bankruptcy Judge**