United States Bankruptcy Court
Eastern District of Michigan

In re: Michael D. Bommer                                    Case No. 15-30151

        Debtor
_____/

### Debtor's Chapter 13 Confirmation Hearing Statement

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. __X__ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ____ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

    Trustee Objections:
    Issues:

    Creditor # 1:
    Objections:
    Issues:

3. ____ Request an adjournment of the confirmation hearing to _____ due to the following good cause: Debtor is working on issues regarding objections to the plan.

4. ____ Dismiss the case. [The Court will enter an order of dismissal and the case will be removed from the docket.]
5. ____ Convert the case to chapter 7. [The Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]
6. ____ Re-convert the case to chapter 7. [The case will remain on the docket and parties will have an opportunity to be heard.]

                                     /S/ CURTIS L ZALESKI
                                      Debtor's Attorney
Date:  8/05/15                       535 E Main St
                                      Owosso, MI 48867
                                      989-723-8166
                                      Curtis@azlaw.us