UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Michael D. Bommer                           CHAPTER 13
                                                       CASE NO. 15-30151
                                                       JUDGE Daniel S Opperman

Debtor,
_____/

### ORDER CONFIRMING PLAN

       The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.
       Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

       IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ 3,000.00 in fees and $310.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,000.00 shall be paid by the Trustee as an administrative expense of this case.

       IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.
       All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

       **IT IS FURTHER ORDERED**, as follows: [*Only provisions checked below apply*]
X    The Debtor shall remit 0% of all tax refunds received or entitled to after commencement of the case, and shall not alter any withholding deductions/exemptions without Court approval.
X    The Debtor's Plan shall continue for no less than 60 months.
      The Debtor's Plan payments shall be increased to    0 per month effective the day of        .
X    Other : The debtor will pay a minimum of $23,000.00 plus 3% interest to unsecured creditors **or no discharge will not enter**.
X       The debtor's plan shall continue for no less than 60 month **or no discharge shall enter.**


APPROVED:                                        APPROVED:

/s/ Carl L. Bekofske                          /s/ Curtis L Zaleski
CARL L.BEKOFSKE (P10645)           CURTIS L. ZALESKI (P53534)
CHAPTER 13 TRUSTEE                   ATTORNEY FOR DEBTOR
400 N Saginaw St. Suite 331             535 E Main St
Flint Mi 48502                             Owosso Mi 48867
810-238-4675                               989-723-8166
ecf@flint13.com                            Curtis@azlaw.us
                                                           .

**Signed on August 20, 2015**

                                                          /s/ Daniel S. Opperman
                                                         **Daniel S. Opperman**
                                                         **United States Bankruptcy Judge**