UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION AT FLINT

IN RE: Michael D Bommer           Case No. 15-30151
                                                                             Chapter 13
           Debtor(s)                  Judge Daniel S. Opperman
_____/

## ORDER MODIFYING POST CONFIRMATION PLAN

IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan payments shall increase to $491.94 per month.

IT IS FURTHER ORDERED that in all other respects the Plan and Order Confirming Plan as last modified remains in full force and effect.

.

**Signed on October 30, 2015**

                                              **/s/ Daniel S. Opperman**
                                              **Daniel S. Opperman**
                                              **United States Bankruptcy Judge**